1  PAMELA TSAO (SBN: 266734)
   ASCENSION LAW GROUP
2  12341 Newport Ave.
   Suite B200
3  North Tustin, CA 92705
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff  HOANG MINH LE
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  HOANG MINH LE, an individual     )  Case No.: 5:23-cv-01356-PA-KK
                                     )
12             Plaintiff,            )  **NOTICE OF CONDITIONAL**
                                     )  **SETTLEMENT**
13       vs.                         )
                                     )
14  MEMONS THREE, LLC, a limited     )
    liability company;               )
15                                   )
                                     )
16             Defendants.           )
                                     )
17                                   )
                                     )
18                                   )
                                     )
19                                   )
                                     )
20                                   )
                                     )
21                                   )
                                     )
22                                   )
                                     )
23                                   )
                                     )
24

25

26

27

28

|   |   |
|---|---|
| 1 | |
| 2 | **TO THE COURT AND ALL PARTIES TO THIS ACTION:** |
| 3 | In accordance with Local Rule 40-2, Plaintiff hereby submits the Notice of Settlement to notify the Court that the above entitled action has been settled. The Parties have agreed to a settlement in principle but have not yet reduced the material terms into writing. Plaintiff will file a dismissal within 60 days. The court shall retain jurisdiction over the parties to enforce the terms of the settlement. |

ASCENSION LAW GROUP, PC

DATE: September 27, 2023

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

Hoang Minh Le

NOTICE OF CONDITIONAL SETTLEMENT
5:23-CV-01356-PA-KK