1  ASCENSION LAW GROUP
   PAMELA TSAO( 266734)
2  12341 Newport Ave.,
   Suite B200
3  North Tustin, CA 92705
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff  HOANG MINH LE
6

7
8              **CENTRAL DISTRICT OF CALIFORNIA**
9

10 HOANG MINH LE, an individual,        )  Case No.: 5:23-cv-01356-PA-KK
                                        )
11            Plaintiff,                )  **PLAINTIFF'S NOTICE OF**
                                        )  **VOLUNTARY DISMISSAL OF**
12     vs.                              )  **ENTIRE ACTION WITH**
                                        )  **PREJUDICE PURSUANT TO**
13                                      )  **FEDERAL RULE OF CIVIL**
   MEMONS THREE, LLC, a limited         )  **PROCEDURE 41(a)(1)**
14 liability company;                   )
                                        )
15                                      )
              Defendants.                )
16                                      )

**PLEASE TAKE NOTICE** that Plaintiff HOANG MINH LE ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in revalent part:

(a) **Voluntary Dismissal.**

   (1) By the Plaintiff.

      (A)   *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

         (i)   A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant MEMONS THREE, LLC, a limited liability company company has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed with prejudice and without an Order of the Court.

ASCENSION LAW GROUP, PC

DATE: October 18, 2023

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

Hoang Minh Le

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**
**5:23-CV-01356-PA-KK**